Claire M. Leary
Attorney at Law
912 Cole Street, Suite 347
San Francisco, California 94117
(415) 225-4640
Fax (510) 351-1636
Counsel for Defendant ELLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SPARKY ROSE, KEVIN P. ELLIS, et al.<br><br>Defendants. | Case No.: CR 06-70641 MAG<br><br>STIPULATION AND ORDER TERMINATING KEVIN ELLIS'S PRETRIAL RELEASE SUPERVISION **AS MODIFIED** |

The undersigned hereby stipulate that the Pretrial Release Supervision and Conditions for Defendant Kevin Ellis be terminated. Mr. Ellis has been on pretrial release without incident since October 2006. His drug tests have been clean. His pretrial services Officer William Hence has informed me that he is not opposed to the termination of Mr. Ellis's pretrial release supervision. Mr. Ellis requests that the supervision be lifted forthwith because he has paid tickets to vacation in Hawaii in January.

It is so stipulated.

Dated: December 12, 2007      /s/_____
                              Claire M. Leary
                              Counsel for Defendant Ellis

Dated: December 12, 2007      /s/_____
                              Thomas Mazzucco
                              Assistant United States Attorney

STIP AND ORDER TERMINATING ELLIS'S PRETRIAL SUPERVISION 1

O r d e r

    Good cause appearing therefore, IT IS HEREBY ORDERED that Kevin Ellis's pretrial release supervision is terminated. Mr. Ellis need no longer report to Pretrial Services. It is also ordered that Mr. Ellis be permitted to vacation in Hawaii for two weeks in January 2008. Mr. Ellis to remain on all other terms of his current bond.

Dated: December 26 2007



IT IS SO ORDERED AS MODIFIED
Judge Nandor J. Vadas
United States Magistrate